[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 129.]

THE STATE EX REL. HAYWOOD, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Haywood v. Indus. Comm.*, 1998-Ohio-161.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2256—Submitted July 8, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD10-1302.

————————————

*Butler, Cincione, Dicuccio, Dritz & Barnhart* and *David B. Barnhart*, for appellee.

*Betty D. Montgomery*, Attorney General, and *Craigg E. Gould*, Assistant Attorney General, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and COOK, JJ., dissent.

————————————